UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | **Violation Notice/Case Number:** 6:16-mj-00070 MJS |
| Plaintiff, | **ORDER TO PAY FIXED-SUM IN LIEU OF APPEARANCE** <br> **(Violation Notice)** |
| KYLE KO | |
| Defendant. | |

Defendant has agreed to pay a fixed-sum in lieu of appearance in court on the following charge(s) and to pay that fixed-sum on the payment schedule ordered below:

Charge(s):                                       Nature of Charge(s)

**Possession of a controlled substance (MDMA)**    36 CFR § 2.35(b)(2)

**ACCORDINGLY, YOU ARE HEREBY TO ORDERED TO PAY THE FOLLOWING:**

☑  **PAY** a fine in the amount of $ 990.00 , a special assessment of $ 10.00  and a $ 0.00 processing fee for a total financial obligation of $ 1,000.00 , due immediately or in monthly payments of $ 100.00 per month commencing on October 20, 2016 , and payable each month thereafter by the 20th of the month until paid in full. The entire financial obligation must be paid in full by August 22, 2017 .

**IT IS FURTHER ORDERED** that all financial payments shall be made by **CHECK** or **MONEY ORDER** and will be subject to **late/delinquent charges imposed by the Court** if not paid timely. If your conviction also involves a moving violation, an abstract could be placed your driving record and must be made payable to **"CLERK- U.S.D.C."** and SENT to the following address:

| | |
|---|---|
| ☐ CENTRAL VIOLATIONS BUREAU <br> P.O. Box 71363 <br> Philadelphia, PA  19176-1363 <br> 1-800-827-2982 <br>         -or- <br> Pay on-line at www.cvb.uscourts.gov and Click on "Pay On-Line" | ☑ CLERK, United States District Court <br> Eastern District of California- Fresno Division <br> 2500 Tulare Street, Suite 1501 <br> Fresno, CA  93721 |
| | ☐ CLERK, United States District Court <br> Eastern District of California-Sacramento Division <br> 501 I Street, #4-200 <br> Sacramento, CA  95814 |

**Your check or money order must indicate your name and violation notice/case number shown above to ensure your account is credited for payment received and that no late fees or warrants/abstracts attach to your case for failure to pay.**

D A T E D : 09/20/2016

/s/ Michael J. Seng
Michael J. Seng
United States Magistrate Judge

cc: U.S. Attorney, Fresno Office- Misdemeanor Unit

CRD Initials  WK

*CAED (Fresno)- Misd. 3A (Rev. 2/2016)*