1  Susan St. Vincent
2  Yosemite Legal Officer
   NATIONAL PARK SERVICE
3  Legal Office
   P.O. Box 517
4  Yosemite, California 95389
   Telephone: (209) 372-0241
5



FILED

AUG 09 2017

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
           DEPUTY CLERK

6

7              UNITED STATES DISTRICT COURT

8              EASTERN DISTRICT OF CALIFORNIA

9

10  UNITED STATES OF AMERICA,          DOCKET NO. 6:16-mj-070-MJS

11              Plaintiff,

12         v.                          **AFFIDAVIT OF ALLEGED PROBATION
                                       VIOLATION(S)**
13  KYLE KO,

14              Defendant.

15

16     I, Armin M. Najafi, Acting Legal Officer for Yosemite National Park state the

17  following is true and correct to the best of my knowledge and belief.

18
       I am the Acting Legal Officer in Yosemite National Park and serve as the
19
    prosecutor for misdemeanor matters arising in the park. I have been so employed for six
20
    months. In the normal course of my duties I, and other individuals acting in a similar
21
    capacity in my office, regularly conduct probation status reviews for defendants on court
22
    probation with the District Court in Yosemite. In the normal course of my duties, I
23
    learned that defendant Kyle KO has failed to pay a court-ordered fine of $1000 failed to
24
    provide proof of having attended AA two times weekly during the first six months of
25
    probation.
26
       As the Acting Legal Officer, I am aware that KO was charged with possession of a
27
    controlled substance (MDMA) in violation of Title 36 Code of Federal Regulations
28

                                       1

1  §2.35(b)(2) and possession of a controlled substance (marijuana) in violation of Title 36

2  Code of Federal Regulations §2.35(b)(2).

3  On September 20, 2016, KO plead guilty to the charge of possession of a

4  controlled substance (MDMA). The other charge was dismissed. KO was sentenced to

5  a deferred entry of judgment with following conditions: KO serve 12 months of

6  unsupervised probation during which time he was ordered to obey all laws; notify the

7  court through counsel of any law enforcement contacts; pay a $1000 fine within 10

8  months; and attend AA or NA twice weekly during the first six months of probation, and

9  file sworn proof of attendance to the Court. KO was ordered to personally appear at a

10  review hearing on August 22, 2017 at 10:00 a.m.

11  The government alleges KO has violated the following condition(s) of his

12  unsupervised probation:

13  CHARGE ONE:     FAILURE TO PAY $1000 FINE

14  KO was ordered to pay a $1000 fine within the first 10 months of probation. As of

15  the date of this affidavit, KO has not paid any portion of the $1000 fine.

16  CHARGE TWO:     FAILURE TO PROVIDE PROOF OF ATTENDING AA

17  KO was ordered to attend AA two times per week during the first six months of

18  probation, and file sworn proof of attendance to the Court. As of the date of this affidavit,

19  KO has not provided proof of having attended any AA sessions.

20

21  _8/9/17_
    Date

    Armin M. Najafi
22  Acting Legal Officer
    Yosemite National Park, CA

23

24  Sworn to before me and subscribed in my presence in Yosemite National Park,
    California.
25

26
    _8/9/17_
27  Date

    Honorable Michael J. Seng
    U. S. Magistrate Judge
28  Eastern District of California

2