Susan St. Vincent
Legal Officer
Armin M. Najafi
Acting Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California 95389
Telephone: (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>KYLE KO,<br><br>　　　　　　　Defendant. | DOCKET NO. 6:16-mj-070-MJS<br><br>**NOTICE OF WITHDRAWAL OF STATEMENT OF ALLEGED PROBATION VIOLATION(S); AND ORDER THEREON** |

On August 15, 2016, Kyle KO was charged with possession of a controlled substance (MDMA), in violation of Title 36 Code of Federal Regulations §2.35(b)(2), and possession of a controlled substance (marijuana), in violation of Title 36 Code of Federal Regulations §2.35(b)(2). On September 20, 2016, KO pled guilty to the charge of possession of a controlled substance (MDMA). The other charge was dismissed. KO was sentenced to a deferred entry of judgment with the following conditions: KO serve 12 months of unsupervised probation during which time he was ordered to obey all laws; notify the court through counsel of any law enforcement contacts; pay a $1000 fine within 10 months; and attend AA or NA twice weekly during the first six months of probation, and file sworn proof of attendance with the Court. KO was ordered to personally appear at a review hearing on August 22, 2017 at 10:00 a.m.

1

On August 09, 2017, the Government filed an Affidavit of Alleged Probation Violation charging that KO had failed to pay the $1000 fine and failed to provide proof of having attended AA or NA twice weekly during the first six months of probation.

On August 10, 2017, defense counsel provided the Government with proof that KO had attended NA twice weekly during the first six months of probation and paid the $1000 fine in full on August 09, 2017. Accordingly, the Government herewith withdraws its Allegation of Probation Violation in this matter.

Dated: August 10, 2017                          By: /S/ Armin M. Najafi
                                                Armin M. Najafi
                                                Acting Legal Officer
                                                Yosemite National Park, CA

**ORDER**

At the request of the United States of America, the August 09, 2017, Statement of Alleged Probation Violations in case number 6:17-mj-00070-MJS is retracted.

IT IS SO ORDERED.

Dated:   August 10, 2017                        /s/ *Michael J. Seng*
                                                UNITED STATES MAGISTRATE JUDGE