HEATHER E. WILLIAMS, SBN #122664
Federal Defender
JEROME PRICE, SBN # 282400
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Fax: (916) 498-5710

Attorneys for Defendant
KYLE KARSON KO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KYLE KARSON KO,<br><br>Defendant. | Case No. 6:16-mj-0070-MJS<br><br>**STIPULATION AND ORDER TO VACATE AUGUST 22, 2017 REVIEW HEARING; EXHIBIT A**<br><br>Date: August 22, 2017<br>Time: 10:00 A.M.<br>Judge: Hon. Michael J. Seng |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney, through Susan St. Vincent, Yosemite Legal Officer, counsel for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Jerome Price, counsel for Defendant Kyle Ko, that the review hearing scheduled for August 22, 2017, may be vacated.

On September 20, 2016, the Mr. Ko made his initial appearance on a Criminal Complaint. Mr. Ko agreed to plead guilty to Count 1 pursuant to a Deferred Entry of Judgment agreement. The government dismissed Count 2. Pursuant to that agreement, the Court sentenced Mr. Ko to twelve months of unsupervised probation, with the conditions that he obey all laws and advise the Court and Government Officer within seven days of being cited or arrested for any alleged violation of law. The Court further ordered that Mr. Ko attend NA meetings twice a week for the first 6 months of his probation. He was also ordered to pay a

-1-

$990.00 fine and a $10.00 penalty assessment. His supervision is set to terminate on September 20, 2017.

On May 27, 2017, the undersigned defense counsel provided the government proof of NA attendance for the first six months of Mr. Ko's probationary period. On August 9, 2017, defense counsel provided the government with proof that Mr. Ko has paid the court fine and special assessment. *See* Exhibit A (attached).

Mr. Ko has paid the entire amount of his fine and his penalty assessment, and has no new law violations or failures to report. Accordingly, Mr. Ko has complied with all conditions of his probation, and he requests that his August 22, 2017 review hearing be vacated.

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: August 9, 2017     */s/ Susan St. Vincent*
Susan St. Vincent
Yosemite Legal Officer
Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

Date: August 9, 2017     */s/ Jerome Price*
JEROME PRICE
Assistant Federal Defender
Attorneys for Defendant
KYLE KARSON KO

///

///

///

///

///

**O R D E R**

Based on the parties' joint representation that Defendant Kyle Ko is in compliance with the conditions of his probation in Case No. 6:16-mj-0070-MJS, the Court accepts and adopts the terms of the above Stipulation and vacates the review hearing scheduled for August 22, 2017, at 10:00 a.m.

IT IS SO ORDERED.

Dated:   August 10, 2017                    /s/ *Michael J. Seng*
                                            UNITED STATES MAGISTRATE JUDGE